**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 24-70418-JAD<br><br>Chapter 11<br><br>(Jointly Administered) |
| Pottsville Liquidating Trust, on behalf of the Debtors,<br><br>Plaintiff,<br><br>-vs-<br><br>CARE PAVILION OPERATING LLC; CLIVEDEN OPERATING, LLC; MAPA OPERATING LLC; MAPLEWOOD OPERATING, LLC; MILTON OPERATING, LLC; PARKHOUSE OPERATING, LLC; TUCKER OPERATING, LLC; WATSONTOWN OPERATING LLC; and YORK OPERATING, LLC,<br><br>Defendants. | Adv. Pro. No: 26-07021-JAD |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following items were served upon the individuals named on **Exhibit A** by placing the same in U.S. first class mail, postage prepaid on October 21, 2026:

1. Complaint
2. Summons in an Adversary Proceeding

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively the "Debtors", and the Debtors' chapter 11 cases are collectively referred to as the "Chapter 11 Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

3. First Pretrial Order (Bankruptcy Rule 7016)

Dated: October 23, 2026

*<u>/s/ Kyle D. Smith</u>*
Andrew C. Helman (admitted pro hac vice)
Kyle D. Smith (admitted pro hac vice)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME 04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com
Email: kyle.d.smith@dentons.com

Thomas D. Maxson (Pa. ID 63207)
Dentons Cohen & Grigsby, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com

*Counsel for the Pottsville Liquidating Trust*

**EXHIBIT A**

Care Pavilion Operating LLC
c/o Joel Mayer Epstein, President
6212 Walnut Street
Philadelphia, PA 19139

Care Pavilion Operating LLC
c/o Joel Mayer Epstein, President
13240 SW 32 Court
Davie, FL 33330

Care Pavilion Operating LLC
c/o Neil F. Luria, Chief Restructuring Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

Care Pavilion Operating LLC
c/o Daniel R. Schimizzi
Raines Feldman Littrell LLP
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

Cliveden Operating, LLC
c/o Joel Mayer Epstein, President
6400 Greene Street
Philadelphia, PA 19119-3231

Cliveden Operating, LLC
c/o Joel Mayer Epstein, President
13240 SW 32 Court
Davie, FL 33330

Cliveden Operating, LLC
c/o Neil F. Luria, Chief Restructuring Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

Cliveden Operating, LLC
c/o Daniel R. Schimizzi
Raines Feldman Littrell LLP
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

MAPA Operating LLC
6212 Walnut Street
Philadelphia, PA 19139

MAPA Operating LLC
c/o Neil F. Luria, Chief Restructuring Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

Maplewood Operating, LLC
c/o Joel Mayer Epstein, President
125 W. School House Lane
Philadelphia, PA 19144-3348

Maplewood Operating, LLC
c/o Joel Mayer Epstein, President
13240 SW 32 Court
Davie, FL 33330

Maplewood Operating, LLC
c/o Neil F. Luria, Chief Restructuring Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

Maplewood Operating, LLC
c/o Daniel R. Schimizzi
Raines Feldman Littrell LLP
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

Milton Operating, LLC
c/o Joel Mayer Epstein, President
743 Mahoning Street
Milton, PA 17847-2232

Milton Operating, LLC
c/o Joel Mayer Epstein, President
13240 SW 32 Court
Davie, FL 33330

Milton Operating, LLC
c/o Neil F. Luria, Chief Restructuring Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

Milton Operating, LLC
c/o Daniel R. Schimizzi
Raines Feldman Littrell LLP
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

Parkhouse Operating, LLC
c/o Joel Mayer Epstein, President
1600 Black Rock Road
Royersford, PA 19468-3147

Parkhouse Operating, LLC
c/o Joel Mayer Epstein, President
13240 SW 32 Court
Davie, FL 33330

Parkhouse Operating, LLC
c/o Neil F. Luria, Chief Restructuring Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

Parkhouse Operating, LLC
c/o Daniel R. Schimizzi
Raines Feldman Littrell LLP
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

Tucker Operating, LLC
c/o Joel Mayer Epstein, President
1001 Wallace Street
Philadelphia, PA 19123-2502

Tucker Operating, LLC
c/o Joel Mayer Epstein, President
13240 SW 32 Court
Davie, FL 33330

Tucker Operating, LLC
c/o Neil F. Luria, Chief Restructuring Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

Tucker Operating, LLC
c/o Daniel R. Schimizzi
Raines Feldman Littrell LLP
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

Watsontown Operating LLC
c/o Joel Mayer Epstein, President
245 E. 8th Street
Watsontown, PA 17777-1033

Watsontown Operating LLC
c/o Joel Mayer Epstein, President
13240 SW 32 Court
Davie, FL 33330

Watsontown Operating LLC
c/o Neil F. Luria, Chief Restructuring Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

Watsontown Operating LLC
c/o Daniel R. Schimizzi
Raines Feldman Littrell LLP
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

York Operating, LLC
c/o Joel Mayer Epstein, President
7101 Old York Road
Philadelphia, PA 19126-2114

York Operating, LLC
c/o Joel Mayer Epstein, President
13240 SW 32 Court
Davie, FL 33330

York Operating, LLC
c/o Neil F. Luria, Chief Restructuring
Officer
425 West New England Avenue, Suite 300
Winter Park, FL 32789

York Operating, LLC
c/o Daniel R. Schimizzi
Raines Feldman Littrell LLP
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222